UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHARON NEWMAN ANDERSON                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 3:17-CV-363-DPJ-JCG

COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

ORDER

This case is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge John C. Gargiulo. R&R [15]. On December 22, 2017, Social Security Commissioner Nancy Berryhill ("Commissioner") moved for an order affirming the commissioner's decision. Def.'s Mot. [13]. On July 25, 2018, Judge Gargiulo recommended that the Commissioner's motion be granted, finding that the Commissioner applied the correct legal standards and that the decision was supported by substantial evidence. *See* R&R [15] at 1–2. Additionally, Judge Garguilo noted that Anderson had failed to submit any "new, material evidence that warrants remand." *Id.* at 2. Anderson failed to respond in opposition to the R&R, and the time to do so has now expired.

The Court, having fully reviewed the unopposed R&R of the United States Magistrate Judge, and being advised in the premises, finds that the R&R [15] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the R&R [15] of United States Magistrate John C. Gargiulo be, and the same is hereby, adopted as the finding of this Court. The Motion to Affirm [13] is granted. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 20th day of August, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE